### 4746. KING *v.* THE STATE.

RUSSELL, J. The evidence authorized the charge of the court upon the subject of voluntary manslaughter, and supports the verdict finding the defendant guilty of that offense. There was no error in refusing a new trial.                    *Judgment affirmed.*

DECIDED JUNE 10, 1913.

Indictment for murder—conviction of manslaughter; from Lowndes superior court—Judge Thomas. February 1, 1913.

*R. G. Dickerson, L. Goodloe,* for plaintiff in error.

*J. A. Wilkes, solicitor-general,* contra.